UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| In re | ) Case No: 23-21274 |
| Beth A. Houts, | ) Chapter: 7 |
|     Debtor(s) | ) Judge: Hon. Robert D. Berger |
| Edward Moore | ) |
|     Co-Debtor(s). | ) |

**NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING
ON MOTION OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

YOU ARE HEREBY notified that if no objection to the above-named motion/application is filed in writing with the Clerk of the U.S. Bankruptcy Court by **February 12, 2024**, said motion will be granted by entry of an order to be prepared and submitted by counsel for movant/applicant.

If a written objection is timely filed with the Clerk of the Bankruptcy Court (U.S. Bankruptcy Court, 500 State Avenue, Suite 161, Kansas City, Kansas, 66101), a hearing will be scheduled on **February 22, 2024, at 10:30 a.m**.

Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

**MOVANT WAIVES THIRTY (30) DAY HEARING REQUIREMENT**

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 25402
6701 West 64th Street, Suite 214
Overland Park, Kansas 66202
Phone: (913) 677-0253
Fax: (913) 831-6014
KSBK@BonialPC.com

7769-N-2043

Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on January 19, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List as follows:

**Debtor's Attorney**
Jeffrey L. Wagoner
W M Law
15095 W. 116th Street
Olathe, KS 66062

**Chapter 7 Trustee**
Darcy D Williamson TR
Williamson Law Office
1109 SW Westside Drive
Topeka, KS 66615

**US Trustee**
Office of the U.S.Trustee
301 N. Main Street, Suite 500
Wichita, Kansas 67202

I hereby certify that a true and correct copy of the foregoing document was filed electronically on January 19, 2024, with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, to the parties listed below on January 19, 2024.

**Debtor(s)**
Beth A. Houts
11197 W. 175Th Street
Overland Park, KS 66221

**Co-Debtor(s)**
Edward Moore
11197 W. 175Th Street
Overland Park, KS 66221

Respectfully Submitted,

/s/ Wesley T. Kozeny
Wesley T. Kozeny

7769-N-2043